**DISMISS; Opinion Filed January 23, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01172-CV

## IZZY ASHKENAZY AND JONATHAN AGUS, Appellants
V.
## WELLS FARGO, N.A., Appellee

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-04619

## OPINION

Before Justices FitzGerald, Fillmore and Evans
Opinion by Justice Evans

Before the Court is appellants' January 16, 2013 unopposed motion to dismiss appeal.

We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

DAVID W. EVANS
JUSTICE

121172F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

Izzy Ashkenazy and Jonathan Agus,
Appellants

No. 05-12-01172-CV     V.

Wells Fargo, N.A., Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04619.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee Wells Fargo, N.A.
recover its costs of this appeal from appellants Izzy Ashkenazy and Jonathan Agus.

Judgment entered this January 23, 2013.

DAVID W. EVANS
JUSTICE